C. W. CRANE & CO., Inc., Appellant, v. CHARLES DREIFUS COMPANY, Appellee.

No. 107.

Circuit Court of Appeals, Second Circuit.

Dec. 11, 1939.

Richard F. Lenahan, of New York City, for appellant.

Thomas H. Middleton, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Decree affirmed.